KEITH H.S. PECK    6825-0
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 384-7325
Facsimile: (808) 595-7146
E-Mail:  lawcenterhawaii@aol.com

Attorney for Plaintiffs-Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| K.N., individually and on behalf of her minor child, G.N.,<br><br> Plaintiffs-Appellants,<br><br> vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br> Defendants-Appellees. | Civil No. 15-00494 JMS/KSC<br>(Other Civil Action)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff-Appellants K.N., and G.N., and Defendant-Appellees State of Hawaii, Department of Education and Kathryn Matayoshi in her official capacity as Superintendent of Hawaii Public Schools that the above-captioned action, as set forth in Plaintiff-Appellants' Complaint (Docket No. 1), is voluntarily dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(A)(ii).

DATED: Honolulu, Hawaii, April 18, 2016.

| | |
|---|---|
| /s/ Keith Peck | /s/ Michelle M.L. Puu |
| KEITH H.S. PECK | MICHELLE M.L. PUU |
| Attorney for Plaintiffs-Appellants | Deputy Attorney General<br>Attorney for Defendant-Appellees |

APPROVED AS TO FORM.

DATED:  Honolulu, Hawaii, April 22, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge